**SO ORDERED.**
**SIGNED this 15th day of January, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

In re

ADRIAN MICU
ANCA MORARIU

Case No. 3:18-bk-33164-SHB
Chapter 7

Debtors

## O R D E R

The Court, on its own motion, directs Debtor Anca Morariu to appear on February 14, 2019, at 9:30 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why the Reaffirmation Agreement filed on January 14, 2019 [Doc. 20], whereby Debtor proposes to reaffirm a $1,401.87 obligation to JPMorgan Chase Bank, N.A. secured by a 2014 Ram 1500, should not be declared non-binding and unenforceable on its face because (1) it does not contain the income and expense information in Part D: Debtor's Statement in Support of Reaffirmation Agreement required by 11 U.S.C. § 524(k)(6)(A); and (2) it is not signed by Debtors' attorney as required by 11 U.S.C. § 524(c)(3).

### ###